IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01713-WJM-KMT

WAYMON IVERY,

    Plaintiff,

v.

SEARS, ROEBUCK, AND CO.,

    Defendant.

_____

**ORDER DISMISSING ACTION WITH PREJUDICE**
_____

This matter is before the Court on the parties' Joint Stipulation of Dismissal (ECF # 18) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  Pursuant to said Stipulation, this action is hereby DISMISSED WITH PREJUDICE.  Each party shall be responsible for his or its own costs and attorneys' fees, except as otherwise provided in the agreement between the parties.

Dated this 10th day of March, 2011.

                                                      BY THE COURT:

                                                      s/ *William J. Martínez*
                                                      United States District Judge